

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Osiel Alvarez,                         * Original Mandamus Proceeding

No. 11-23-00040-CR                   * March 16, 2023

                                            * Per Curiam Memorandum Opinion
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has considered Osiel Alvarez's petition for writ of mandamus and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.